UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHAWLEE GEIGER,<br><br>                Defendant. | Case No. 17-219-JLR<br><br>**ORDER GRANTING MOTION TO SEAL** |

The Court **GRANTS** defendant's motion to Seal, Dkt. 19, and **ORDERS** Dkt. 20 shall be sealed.

DATED this 22nd day of March, 2018.

                                                    _____
                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge